_____ FILED          _____ ENTERED
_____ LODGED         _____ RECEIVED

**DEC 10 2021**

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ21-628 |
| Plaintiff, | MOTION FOR DETENTION |
| v. | |
| JUSTIN CHRISTOPHER MOORE, | |
| Defendant. | |

The United States moves for pretrial detention of the Defendant, pursuant to
18 U.S.C. 3142(e) and (f)

1.    **Eligibility of Case.**  This case is eligible for a detention order because this
case involves (check all that apply):

☐    Crime of violence (18 U.S.C. 3156).

☐    Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence
of ten years or more.

☐    Crime with a maximum sentence of life imprisonment or death.

☐    Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1

☐    Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

☐    Felony offense involving a minor victim other than a crime of violence.

☒    Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any other dangerous weapon.

☐    Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. 2250).

☒    Serious risk the defendant will flee.

☒    Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2.    **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

☒    Defendant's appearance as required.

☒    Safety of any other person and the community.

3.    **Rebuttable Presumption.** The United States ***will not invoke*** the rebuttable presumption against defendant under 3142(e).

//
//
//
//
//
//
//
//
//
//

MOTION FOR DETENTION - 2

4.      **Time for Detention Hearing.**  The United States requests the Court conduct the detention hearing:

☒      At the initial appearance

☐      After a continuance of _____ days (not more than 3)

DATED this 10th day of December, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

TODD GREENBERG
Assistant United States Attorney

MOTION FOR DETENTION - 3